FILED
APR - 7 2011
CLERK
U.S. BANKRUPTCY
By _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Reynold L. Morris Jr.
CASE NUMBER: 94-00302

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Sears Okrey Recovery P.O. Box 7901 Des Moines, Ia 50322-9401 | 3 | 678.68 |

21715
678.68  B.

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____
TOTAL: $ 678.68

DATE: April 6, 2011

_____
TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE
REVISED 2/94